**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alicia Gonzalez*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Alicia.Gonzalez@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2862*
*fax: (973) 297-2010*

November 19, 2026

**BY ECF**
Hon. Karen M. Williams, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re: *David Romero v. Benzel,* No. 26-14222 (KMW)**
**Extension Request**

Dear Judge Williams:

This Office represents Respondents in the above-referenced habeas matter. We write to respectfully request an extension, until November 23, 2026, to respond to the Court's Text Order, ECF No. 9. Good cause exists to grant this request because U.S. Immigration and Customs Enforcement ("ICE") informed this Office that it requires additional time to coordinate with medical personnel at the Elizabeth Contract Detention Facility about the issues raised and the information sought by the Court's Text Order. Petitioner does not consent to this extension.

**So Ordered this 23rd day**

**of November, 2026**

[signature]

**KAREN M. WILLIAMS**
**United States District Judge**

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: s/ Alicia Gonzalez
ALICIA GONZALEZ
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc: Counsel of record (by ECF)